**PAPETTI SAMUELS WEISS MCKIRGAN LLP**
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

**Bruce Samuels** (State Bar No. 015996)
Direct Dial: 480.800.3530
Email: bsamuels@PSWMlaw.com

**FRIEDMAN & FEIGER, LLP**
17304 Preston Road
Suite 300
Dallas, TX 75254

**Ernest W. Leonard** (*pro hac vice application forthcoming*)
Direct Dial: 972.788.1400
Email: eleonard@fflawoffice.com

*Attorneys for United Biomedical, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United Biomedical, Inc., <br><br> Plaintiff, <br><br> v. <br><br> UBI-Global Group.com, <br><br> Defendant. | Case No. <br><br> **COMPLAINT FOR FORFEITURE, CANCELLATION OR TRANSFER OF DOMAIN NAME** |

United Biomedical, Inc. files this *in rem* proceeding pursuant to 15 U.S.C. §1125(d)(2) pertaining to the domain name of ubi-group.global, supported by the following allegations:

## I.     PARTIES

1.     Plaintiff United Biomedical, Inc. ("UBI") is a corporation organized and existing under the laws of the State of Delaware with a principal place of business at2622 Commerce St., Dallas, Texas 75226.

2.     ubi-group.global is a domain name whose domain registrar is GoDaddy.com, LLC. The postal address of GoDaddy.com, LLC. is either 14455 N. Hayden Road, Scottsdale, Arizona 85260 or 2155 E. GoDaddy Way, Tempe, AZ 85284. GoDaddy.com, LLC's statutory agent for service of process is Corporation Service Company, 88235 N. 23rd Ave., Suite 100, Phoenix, AZ 85021.

## II.   JURISDICTION AND VENUE

3.      This case arises under the Lanham Act, 15 U.S.C. § 1051, *et seq*. As such, this Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331.

4.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391 and 15 U.S.C. §1125(d)(2).

## III.   FACTUAL BACKGROUND

5.      Founded in 1985, UBI is a private, closely held company which delivers science-driven innovation with platform capabilities. UBI's scientific achievements include the world's first peptide-based diagnostic test and first fully synthetic peptide-based vaccine. UBI's roots are in the United States, with a broad footprint throughout Asia. UBI has traditionally partnered with global firms or spun-out companies for the commercialization of our products and has supported the sale of billions of units based on its technologies in human and animal health.

6.      Today, UBI's family of companies span a broad spectrum of capabilities and therapeutic areas. UBI's companies are involved in novel drug discovery and development, and have manufacturing capabilities across vaccines, protein and antibodies, specialty injectables and small molecules. UBI's product pipeline across these companies includes the prevention and treatment of indications in neurology, immunology and infectious diseases for both animal and human health.

7.      UBI owns and operates a website at *unitedbiomedical.com*, which describes its products and services, and which is UBI's sole and official website ("UBI Official Website").

8.      The UBI Official Website is a widely viewed manifestation of the UBI corporate identity. Among other things, UBI uses the UBI Official Website to project a corporate image that reflects the values of its employees, management, and shareholders. UBI also uses the UBI Official Website to provide news and information about its business, communicate with customers and potential customers, and promote its brand.

2

Papetti Samuels Weiss McKirgan LLP
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

PSWM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Papetti Samuels Weiss McKirgan LLP
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

PSWM

9.    Exemplary images of the website are shown below:



10.    UBI is the owner of multiple registered trademarks, including, but not limited to ("UBI Family of Marks"):

a.    UBI (logo), United States Registration No. 1,874,947, registered on January 25, 1995 for chemical reagents for immunodiagnostic tests for scientific and research (International Class 001), and diagnostic

3

Papetti Samuels Weiss McKirgan LLP
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

PSWM

preparations for clinical or blood banks (International Class 005), with dates of first use being at least as early as February 1991;

      b.     UBI, United States Registration No. 1,392,831, registered on May 13, 1986 for chemical reagents for immunological assays (International Class 001), with a date of first use being at least as early as September 13, 1985; and

      c.     Foreign marks registration: See list attached hereto as Exhibit "A."

11.    Exemplary images of the UBI Family of Marks in use are shown below:

12.    UBI has learned that a website at ubi-group.global was created (the "Infringing Domain").

13.    Exemplary images of the infringing website at the Infringing Domain are shown below:



4





14.     Records of "Whois" indicate that the Infringing Domain was registered on September 1, 2022, long after Plaintiff's registered trademarks for UBI had become established designators of Plaintiff's goods.

15.     The Infringing Domain's website prominently uses Plaintiff's registered UBI trademarks in a calculated effort to cause confusion in the marketplace.

16.     Plaintiff, exercising reasonable due diligence, has been unable to discover the email address or any other contact information for the registrant of the Infringing Domain, as such information has been concealed by means of registration.

5

Papetti Samuels Weiss McKirgan LLP
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

PSWM

17.    The Infringing Domain's registrant as "Registration Private" through Domains By Proxy, LLC. Records of ICANN indicate that the address of Domains By Proxy, LLC is 2155 E Warner Rd, Tempe, Arizona, 85284.

18.    On May 19, 2023, UBI sent Domains By Proxy, LLC a letter demanding that it identify any persons or entities on whose behalf it registered the Infringing Domain and further demanded that the Infringing Domain be taken down. A true and correct copy of this demand letter is attached hereto as Exhibit "B."

19.    On June 2, 2022, UBI Sent Domains By Proxy, LLC a second letter making the same demands as the May 19, 2023, letter.  A true and correct copy of the second letter is attached as Exhibit "C."

20.    As of the filing of this lawsuit, Domains by Proxy has not responded to this letter. As a result, UBI is unable to determine the true owner of the Infringing Domain.

## COUNT I

### In Rem Cybersquatting

21.    The foregoing allegations are incorporated by reference.

22.    The Infringing Name is materially identical and confusingly similar to Plaintiff's registered trademarks.

23.    The Infringing Domain Name was registered and is being used with bad faith intent to profit from Plaintiff's registered marks.

24.    The Infringing Domain was registered and used to in an effort to divert consumers from Plaintiff's to the website established at the Infringing Domain for the purpose of illicit gain resulting from a likelihood of confusion as to the source, sponsorship, affiliation, and endorsement of the website at the Infringing Domain.

25.    The registration and use of the Infringing Domain are in blatant violation of the Anticybersquatting Consumer Protection Act ("ACPA"), Pub. L. No. 106-113, 113 Stat. 1501 (1999), codified at Section 43(d) of the Federal Trademark Act of 1946, as amended (the "Lanham Act"), 15 U.S.C. § 1125(d).

1

## **RELIEF REQUESTED**

2      WHEREFORE, Plaintiff requests the following relief:

3      A.  Pursuant to 15 U.S.C. §1125(d)(2), an Order directing the registrar

4  GoDaddy.com, LLC to transfer the Infringing Domain to UBI.

5      B.  For such other relief as the Court may deem just and proper.

6      DATED this 13ᵗʰ day of June, 2023.

7                                        PAPETTI SAMUELS WEISS MCKIRGAN LLP

8                                        /s/Bruce Samuels
                                         Bruce Samuels

9

10                                       FRIEDMAN & FEIGER, LLP

11                                       Ernest W. Leonard (*pro hac vice application forthcoming*)

12                                       *Attorneys for United Biomedical, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Papetti Samuels Weiss McKirgan LLP
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

PSWM