**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Biomedical Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>UBI-Global Group.com,<br><br>Defendant. | No. CV-23-01088-PHX-JAT<br><br>**ORDER** |

Pending before the Court is Plaintiff United Biomedical, Inc.'s ("Plaintiff") Second Motion for Default Judgment ("Motion"). (Doc. 21). Defendant UBI-Global Group.com ("Defendant") has not appeared or filed any response. The Court now rules.

## I. SERVICE OF PROCESS & PROPER DEFENDANT

Upon review of Plaintiff's various filings, the Court discovered a discrepancy between the named—and served by publication—defendant, UBI-Global Group.com ("named defendant"), and the domain name around which Plaintiff centers all of its arguments, ubi-group.global ("allegedly infringing domain"). Unfortunately, although the Court believes that Plaintiff has pled a meritorious claim against the allegedly infringing domain, the Court cannot enter default judgment against an entity that was not named and served as a defendant in the instant case. The Court also cannot enter judgment against the named defendant because Plaintiff has not alleged any facts that implicate the named defendant as an infringing domain name. Thus, absent a clarification by Plaintiff as to a sufficient relationship between the named defendant and the allegedly infringing domain,

the Court cannot enter default judgment at this time.

## II. CONCLUSION

For the foregoing reasons,

**IT IS ORDERED** that Plaintiff's Second Motion for Default Judgment, (Doc. 21), is **DENIED** without prejudice.

Dated this 5th day of January, 2024.

*James A. Teilborg*
Senior United States District Judge